## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | | |
|---|---|---|
| FRANKLIN SAVAGE, *et al.* | **:** | |
| Plaintiffs, | **:** | |
| v. | **:** | Civil Action No.: **JFM-16-0201** |
| POCOMOKE CITY, *et al.* | **:** | |
| Defendants. | **:** | |

**…o0o…**

### DEFENDANTS SHERIFF MASON, CHIEF DEPUTY SMACK, SERGEANT PASSWATERS AND CORPORAL WELLS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

COME NOW, the Defendants, Sheriff Reggie Mason, Deputy Chief Dale Smack, Sergeant Nate Passwaters, and Corporal Rodney Wells, by and through their attorneys, Brian E. Frosh, Attorney General of Maryland, and Jason L. Levine, Assistant Attorney General, and move this Honorable Court pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss the First Amended Complaint, and for the reasons set forth in the accompanying Memorandum of Law, which is attached hereto and incorporated herein by reference.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

_____/s/_____
Jason L. Levine (#16631)
Assistant Attorney General
Maryland State Treasurer's Office
80 Calvert Street, 4th Floor
Annapolis, MD 21401
(410) 260-7412
jlevine@treasurer.state.md.us

*Attorneys for Sheriff Mason, Chief Deputy
Smack, Sgt. Passwaters, & Cpl. Wells*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2016, a copy of these Defendants' Motion to Dismiss First Amended Complaint, accompanying Memorandum of Law, and a proposed Order, were filed via the Court's CM/ECF system and served upon the persons entitled to receive notice of such filing.

_____/s/_____
Jason L. Levine
Assistant Attorney General