# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | | |
|---|---|---|
| FRANKLIN SAVAGE, *et al.* | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No.: **JFM-16-0201** |
| POCOMOKE CITY, *et al.* | : | |
| Defendants. | : | |

…o0o…

## ORDER

UPON CONSIDERATION of Defendants Sheriff Mason, Chief Deputy Smack, Sergeant Passwaters and Corporal Wells' Motion to Dismiss the First Amended Complaint, Plaintiffs' Opposition thereto, and the Defendants' Reply, it is this ___ day of _____, 2016, by the United States District Court for the District of Maryland,

ORDERED, that the Defendants Sheriff Mason, Chief Deputy Smack, Sergeant Passwaters and Corporal Wells' Motion to Dismiss the First Amended Complaint be and the same hereby is GRANTED; and it is further

ORDERED, that the First Amended Complaint is hereby dismissed with prejudice as against Defendants Sheriff Mason, Chief Deputy Smack, Sergeant Passwaters and Corporal Wells.

_____
J. Frederick Motz
United States District Judge