# EXHIBIT B





Camera Roll 213 of 215    Done

It will be addressed

> It's cool I got a plan for them

That was all brooks to my knowledge

I think he got it from porta while we were at wintf. At least i did see him talking to him but had no idea what was goin on or I would have stopped him