# EXHIBIT D



Camera Roll 214 of 215

What's ya body count nigga? I'm double digits.

Where the fuck u at?

Thu, Jun 5, 1:10 PM

10 am tomorrow at Berlin barrack

Fri, Jun 6, 9:07 AM

Being ur report homeskillet