# EXHIBIT F



OFFICE OF THE STATE'S ATTORNEY FOR WORCESTER COUNTY
BEAU H. OGLESBY, STATE'S ATTORNEY

May 1, 2014

To Whom It May Concern,

It is with great enthusiasm that I write this letter in recommendation of Detective Frank Savage for a position with The Metropolitan Police Department. I have known Det. Savage for more than two years and he has always been a man of considerable integrity.

I have had the pleasure of working with Det. Savage on numerous occasions, and I have found him to be both professional and diligent.

His work with the highly specialized narcotics unit called the Criminal Enforcement Team has proven to be an invaluable component in their many successful operations.

Of his many great qualities, Det. Savage's infectious smile makes him a great ambassador for law enforcement as he interacts with the community. He has always been a faithful steward of the qualities and traditions that embody exceptional law enforcement.

Should you have any questions, please do not hesitate to contact me directly.

With best regards I remain,

Sincerely Yours,

Beau H. Oglesby
State's Attorney
Worcester County, MD.

The William G. Kerbin, Jr. Building | 106 Franklin Street | Snow Hill, Maryland 21863
Circuit Court Phone 410-632-2166 | Circuit Court Fax 410-632-3250 | District Court Phone 410-632-2177
District Court Fax 410-632-2175 | E-Mail sao@co.worcester.md.us



OFFICE OF THE STATE'S ATTORNEY FOR WORCESTER COUNTY
BEAU H. OGLESBY, STATE'S ATTORNEY

Wednesday, April 30, 2014

Metropolitan Police Department
300 Indiana Avenue, Northwest
Washington, District of Columbia 20001

Detective Franklin Savage
Worcester County Criminal Enforcement Team
1 West Market Street
Snow Hill, Maryland 21863

To whom it may concern

    Since February 2012, I have been employed as an Assistant State's Attorney for Worcester County, Maryland. I'm assigned to prosecute felony narcotics and handgun cases. And, it is within this capacity I have grown to know Detective Franklin Savage.

    As a member of the Worcester County Criminal Enforcement Team, I worked closely with Detective Savage and other team members as they are assigned to a specialized unit focused on narcotics enforcement within the county. I have had occasion to review Detective Savage's official reports and other related investigative documents and have always found them to be professionally written and completely descriptive of the criminal investigation.

    I have also worked closely with Detective Savage in the presentation of evidence before members of the Grand Jury. Detective Savage has always conducted himself in a professional manner when engaging the public and he presents his cases in a manner which is easily received by both the public and the court. Because the Criminal Enforcement Team's cases are strong in nature, many defendants enter plea agreements and never proceed to trial. These results are a testament to the professional work of Detective Savage and other team members.

    Detective Savage would be an asset to any law enforcement agency and if you would like to speak with me further on this issue please feel free to contact me.

Respectfully,

Ajene M. Turnbull
Assistant State's Attorney
Worcester County, Maryland

---

The William G. Kerbin, Jr. Building | 106 Franklin Street | Snow Hill, Maryland 21863
Circuit Court Phone 410-632-2166 | Circuit Court Fax 410-632-3250 | District Court Phone 410-632-2177
District Court Fax 410-632-2175 | E-Mail sao@co.worcester.md.us



**GERALD V. PURNELL**
*Administrative Judge*

**DISTRICT COURT OF MARYLAND**
District Two

301 Commerce Street
Snow Hill, Maryland 21863
(410) 219-7830

April 30, 2014

To Whom It May Concern,

I have know Detective Franklin Savage for many years, even prior to him becoming a police office. Over the past two years, I have had the opportunity to witness Detective Savage's involvement with the Worcester County Criminal Enforcement Team. Detective Savage has presented me with numerous controlled dangerous substance Search and Seizure warrants during his assignment as a narcotics investigator. These Search and seizure warrants have been prepared properly and Detective Savage's knowledge of the requirements necessary for Search and Seizure warrants is evident.

I have also had the opportunity to observe Detective Savage testify in court. Detective Savage presents his testimony in a clear, precise and articulate manner.

I believe Detective Savage would be a valuable asset to your agency and have no reservations to recommend him for employment.

Sincerely,

Judge Gerald V. Purnell,
Worcester County District Court Judge



MICHAEL A. MCDERMOTT
*Legislative District 38B*
Wicomico and Worcester Counties

Judiciary Committee

*Annapolis Office*
The Maryland House of Delegates
6 Bladen Street, Room 323
Annapolis, Maryland 21401
301-858-3431 · 410-841-3431
800-492-7122 Ext. 3431
Fax 301-858-3434 · 410-841-3434
Mike.McDermott@house.state.md.us

*District Office*
217 Walnut Street
Pocomoke City, MD 21851
410-957-3057
Fax 410-957-3067

# THE MARYLAND HOUSE OF DELEGATES
## ANNAPOLIS, MARYLAND 21401

April 30th, 2014

DC Metropolitan Police Dept.

Police Headquarters
Personnel Division
300 Indiana Avenue, NW, Room 6046
Washington, DC

RE: Mr. Franklin L. Savage III

To Whom It May Concern:

I have had the distinct pleasure of knowing Frank Savage for many years. I was the Mayor of Pocomoke City when he first joined the Pocomoke City Police Department. His work in the field of narcotics has resulted in diminished crime on the streets of Pocomoke City and Worcester County in general.

Frank's work ethic and tenacity for accomplishing the mission in front of him has resulted in the apprehension of many drug traffickers who had previously been deemed, "hard to get". I have always felt that Frank had a good career path stretching out in front of him, but I also realized it may lead him away from the Eastern Shore.

If the Metropolitan Police hire Frank Savage, they will have done themselves and the residents of the District a huge service as he will make a fine addition to your staff.

Godspeed,

Michael A. McDermott, Delegate



Reggie T. Mason
Sheriff

J. Dale Smack
Chief Deputy

*SINCE 1742*

**WORCESTER COUNTY GOVERNMENT CENTER**
ONE WEST MARKET STREET, ROOM 1001
SNOW HILL, MARYLAND 21863-1072
410-632-1111
ADMIN. FAX: 410-632-3070
CRIMINAL INVESTIGATION: 410-352-3476
April 29, 2014

**Metropolitan Police Department**
**Office of the Chief of Police**
**300 Indiana Ave. N.W Room 5059**
**Washington, DC. 20001**

**Dear Chief Lanier:**

I am writing this letter of character for Mr. Franklin L. Savage 3rd for the position of Probationary Police Officer with your agency. I have known Mr. Savage for the past 3 years as a police officer and over 20 years as a member of our community. I have closely watched him develop into a very intelligent professional who I admire. His dedication to his career is most impressive to say the least. He has earned the respect from his peers, who look to him as a mentor. During this period, I have worked closely with Mr. Savage on various projects. As a result, I have become very familiar with Mr. Savage as a person, professional and community leader. Accordingly, I am writing this because it is my sincere belief that he is eminently qualified for the position he is seeking with your agency.

Over the past several years Mr. Savage has demonstrated to me time and again that he is an exceptional communicator and gifted person. In my opinion he is the perfect role model for his younger co workers that want to pursue public safety as their career of choice. He is a highly dedicated professional who works very hard to strive for excellence. He is a powerful communicator who possesses the ability to make complex subjects understandable. Mr. Savage is not only gifted, but he is a humble and approachable person who loves to share his knowledge with others. Mr. Savage takes the time to learn and understand new trends that occur and finds a solution to eliminate the problem before it becomes a problem.

In closing, it is with sincere conviction that I enthusiastically recommend that Mr. Franklin L. Savage 3rd be selected as your next police academy candidate for your agency. If I can be of any further assistance, please feel free to contact me.

Very Truly Yours,

J. Dale Smack, Chief Deputy
Worcester County, Maryland

# Pocomoke City Police Department

"The Friendliest Town On The Eastern Shore"

1500 MARKET STREET • POCOMOKE CITY, MARYLAND 21851
TELEPHONE: 410-957-1600 • FAX: 410-957-4597
ADMINISTRATION E-MAIL: pcpd@verizon.net

**Kelvin D. Sewell**
Chief of Police

**Lynell A. Green**
Lieutenant
Operations Commander

**Brian Craven**
Lieutenant
Administrative Commander

April 29, 2014

To: Metropolitan Police Department
Att: Personnel Department
From: Chief Kelvin Sewell

To whom it may concern:

Detective Franklin Savage has been an undeniable asset to the Pocomoke City Police Department. The several years he has worked for our agency he has had perfect attendance and never stopped to go beyond the call of duty. Detective Savage's work ethic is impeccable and makes it easy for fellow officers to work well with him. He continues to advance in skill and proficiency as a police officer which mimics true growth and advancement. Franklin Savage will be an immense benefit to your agency.

Respectfully yours,

Chief Kelvin Sewell

*[signature]*

*A Duty to Serve, an Honor to Protect*



# Pocomoke City Police Department

*"The Friendliest Town On The Eastern Shore"*

1500 MARKET STREET • POCOMOKE CITY, MARYLAND 21851
TELEPHONE: 410-957-1600 • FAX: 410-957-4597
ADMINISTRATION E-MAIL: pcpd@verizon.net

**Kelvin D. Sewell**
Chief of Police

**Lynell A. Green**
Lieutenant
Operations Commander

**Brian Craven**
Lieutenant
Administrative Commander

April 29, 2014

To: Metropolitan Police Department
Att: Personnel Department
From: LT Lynell Green

To whom it may concern:

Franklin Savage is a great Detective and has proven to be immensely beneficial to the Pocomoke City Police Department. In his over three years of time spent at our agency he has shown himself to be a reliable employee by always being on time and making himself available whenever it is called upon him to do so. Detective Savage's manner makes it easy for others to work well with him and exemplifies as a team player. His advanced demeanor projects him to be a wonderful supervisor in the future. Detective Franklin Savage will undeniably be an immeasurable asset to your agency.

Respectfully yours,

LT Lynell Green

*[signature]* Lynell Green #0122

*A Duty to Serve, an Honor to Protect*



**SINCE 1742**
ONE WEST MARKET STREET, ROOM 1001
SNOW HILL, MARYLAND 21863-1072
410-632-1111
FAX: 410-632-3070

April 28, 2014

To Whom It May Concern,

I am writing this letter on behalf of Detective Franklin Savage of the Pocomoke City Police Department, currently assigned to the Worcester County Criminal Enforcement Team.

My name is Detective First Class Jeffrey Johns of the Ocean City Police Department, currently assigned to the Worcester County Criminal Enforcement Team (CET). I have been a police officer for eleven years and out of the eleven years, I have been assigned to a Narcotics Unit for the last eight years. During this timeframe, I have worked alongside numerous narcotics investigators in Worcester County, MD and surrounding counties and states. There have been several narcotics investigators that have been assigned to narcotics units that I have been a part of over the last eight years. I have trained several newly assigned narcotics detectives, including Detective Savage.

I have had the pleasure of working side by side with Det. Savage for the last two years. I have been extremely impressed with the progression of Det. Savage's skills as a narcotics investigator. One of the reasons I believe Det. Savage has been an asset to CET is his approach coming into the unit. Det. Savage took the initiative to learn from experienced investigators that surrounded him. Once Det. Savage felt comfortable with conducting narcotics investigations, he ran with it and never looked back. He has been a highly aggressive investigator which undoubtedly has improved the quality of life in Worcester County, MD.

Working in a narcotics unit such as the Worcester County Criminal Enforcement Team, it is absolutely paramount for the success of the unit to work together as a team. Det. Savage has always been a team player. He has always been willing to assist other investigators whenever possible. Det. Savage has worked hundreds of hours of unexpected overtime that takes away from his family. Det. Savage has always been available for the unit whenever needed.

Det. Savage has emerged into a diverse, all around excellent drug investigator. He has conducted numerous undercover drug purchases, written numerous CDS Search and Seizure warrants, authored many PEN registers, conducted numerous hours of surveillance, managed several confidential informants, participated in a Title III wire tap investigation, seized several vehicles and tens of thousands of dollars in U.S. Currency. It will be a sad day for the Worcester County Criminal Enforcement Team, and myself personally, when Det. Savage moves along with his career and departs from this unit. He is a major asset and it will be a loss for us all.

*Jeff Johns* CET 6

Det. Jeffrey Johns
Worcester County Sheriff's Office
443-783-6958



**MARTIN O'MALLEY**
GOVERNOR

**ANTHONY G. BROWN**
LT. GOVERNOR

STATE OF MARYLAND
**MARYLAND STATE POLICE**

Criminal Enforcement Division
Worcester County
Criminal Enforcement Team
1 West Market St. Room 1001
Snow Hill, Maryland 21863



**COLONEL
MARCUS L. BROWN**
SUPERINTENDENT

To whom it may concern,

   I have had the pleasure of working with Det. Frank Savage at the Worcester County Criminal Enforcement Team for the past approximately 2 years. During this time I have served as a supervisor with the Criminal Enforcement Team and have supervised Det. Savage during this time. Upon being assigned to the Worcester County Criminal Enforcement Team Det. Savage was required to learn an entirely new way of investigation and report writing which he was able to do with great success. Det. Savage converted very well from a uniformed police officer into his billet as member of a joint task force on drugs and other serious crimes.

   During his time at the Worcester County Criminal Enforcement Team Det. Savage has served many roles, from undercover assignments to being a case agent and authoring search and seizure warrants, all of which he did with great success. Det. Savage initiated numerous investigations that resulted in felony convictions for drugs and firearms. Det. Savage was also required to assist other investigators with their cases and acted without hesitation when requested to do so.

   In closing, after having worked with Det. Savage I know Det. Savage to be a competent and capable police officer and drug investigator.

   If hired by your agency I have no doubt that Det. Savage would be diligent in his duties as a police officer and would be an asset to the agency.

Sincerely,

Corporal Brooks Phillips
Maryland State Police Criminal Enforcement Division
Worcester County Criminal Enforcement Team

*"Maryland's Finest"*



Reggie T. Mason  
Sheriff

J. Dale Smack III  
Chief Deputy

**SINCE 1742**  
ONE WEST MARKET STREET, ROOM 1001  
SNOW HILL, MARYLAND 21863-1072  
410-632-1111  
FAX: 410-632-3070

To whom it may concern,

    I, Corporal Rodney Wells have worked with Detective Franklin Savage for the past two years during his assignment to the Worcester County Criminal Enforcement Team as a narcotics investigator. During these past two years, Detective Savage has displayed and continued to display a great work ethic. Being assigned to a narcotics investigative unit, investigators are frequently called upon on short notice to assist with investigations and Detective Savage when called upon is always there to assist in these matters. Detective Savage has proven himself reliable and fully capable of successfully conducting complex narcotics investigation. Detective Savage has conducted investigations that have led him to other jurisdictions, during these investigations based sole upon Detective Savage's undercover work, individual were arrested and convicted in the States of Virginia and Delaware for heroin trafficking. Detective Savage is a self motivating investigator that does not have to be "micro managed" to stay to task. Detective Savage is an invaluable asset to the Criminal Enforcement Team and he will be sorely missed not only for his work related functions, but also as one stand up guy.

Sincerely,

*Rodney Wells*

Corporal Rodney Wells  
Worcester County Sheriff's Office  
Worcester County Criminal Enforcement Team



**MARTIN O'MALLEY**
GOVERNOR

**ANTHONY G. BROWN**
LT. GOVERNOR

STATE OF MARYLAND
**MARYLAND STATE POLICE**

Criminal Enforcement Division
Worcester County
Criminal Enforcement Team
1 West Market St. Room 1001
Snow Hill, Maryland 21863



**COLONEL
MARCUS L. BROWN**
SUPERINTENDENT

40-Criminal Enforcement Division
Worcester County Criminal Enforcement Team
April 28, 2014

---

To whom it may concern,

Detective Frank Savage has worked in an undercover capacity for the Worcester County Criminal Enforcement Team (CET) for a little more than two years. During this time he made undercover purchases of controlled dangerous substances, authored numerous search warrants and executed numerous search warrants. Detective Savage is very professional and is an asset to the unit. Detective Savage is reliable and available on short notice. He was always eager to learn and experience new things while working in the unit. It has been a pleasure to supervise Detective Savage during these last two years.

Sincerely,
Sgt. P. Donaldson
Worcester County Criminal Enforcement Team
Maryland State Police

*"Maryland's Finest"*



**STATE OF MARYLAND**
**MARYLAND STATE POLICE**

**Criminal Enforcement Division**
**Lower Shore Drug Enforcement**



**MARTIN O'MALLEY**
GOVERNOR

**ANTHONY G. BROWN**
LT. GOVERNOR

**COLONEL**
**MARCUS L. BROWN**
SUPERINTENDENT

---

Re: Recommendation for Detective Frank Savage

To whom it may concern,

    I am pleased to write a letter of recommendation for Frank Savage. I highly recommend Frank as a candidate for employment with your department.

    I have known Detective Frank Savage for approximately two years while he was assigned to the Worcester County Criminal Enforcement Team (CET). Detective Savage is an outstanding law enforcement officer and is very dedicated to serving the citizens of Maryland. During his assignment to CET Detective Frank Savage was giving state wide police jurisdiction to enforce drug laws throughout the state. Detective Savage was routinely called by allied jurisdictions to conduct undercover drug investigations in due to his professionalism and outstanding work ethic.

    I recommend Detective Frank Savage without reservation. I believe he would be a valuable asset to your police department. If you have any further questions with regard to his background or qualifications, please do not hesitate to contact me.

Sincerely,

*Michael B Daugherty*
Detective Sergeant Michael Daugherty
Maryland State Police
Assistant Regional Commander
(O) 410-548-4005
(C) 410-726-3019

*"Maryland's Finest"*



**SINCE 1742**
ONE WEST MARKET STREET, ROOM 1001
SNOW HILL, MARYLAND 21863-1072
410-632-1111
FAX: 410-632-3070

To whom it may concern.

    I, Deputy First Class Anthony Rhode am writing to recommend Franklin (Frank) Lee Savage as a Police Officer with Metropolitan Police Department.

    I am currently a Deputy with the Worcester County Sheriff's Office and assigned to the road patrol division. I work with the Worcester County Criminal Enforcement Team (CET) on some of their cases, conducting surveillance. During the past eighteen months I have assisted Frank with some of his cases. During my time in working with Frank I have noted that he is always organized, and works great with all members of CET. While going to court with Frank, he stands out with his ability to testify and present clear facts with his case in the court room. Frank is an outstanding Police Officer, and is highly recommended.

DFC Anthony Rhode
Worcester County Sheriff Office

MRO

Metropolitan Police Department
Attention: Personnel Division
300 Indiana Avenue, NW, Room 5059
Washington, DC 20001

To: Personnel Investigator:

I am writing this reference letter on behalf of Detective Franklin Savage (PCPD), who is currently applying for a police officer position with your Outstanding Police Department. As an ATF Special Agent currently assigned to the BFD working on the Maryland Eastern Shore I have had the opportunity to work closely with Franklin Savage since November 2011. Over the past 2 ½ years we have worked together in numerous Field/Operational assignments and I have been completely confident knowing that Franklin Savage has been by my side or had my back as we worked together. While I have been impressed with Franklin Savage's Tactical and Operational capabilities I am equally pleased to have witnessed his dedication to duty when Administrative duties are required in an office environment. Det. Savage is a hard-working, team-player who works well with people from various backgrounds and agencies.

In the past I have had the opportunity to work with MPDC personnel and I believe that Franklin Savage would be a tremendous addition to your police department and community.

I will gladly speak with any investigators from your department regarding this superb applicant. Please contact Special Agent Mike Odenwald at cp# 202-680-0401. Thank you for your consideration in this matter.

                      Sincerely yours,

                      *Mike Odenwald*

Ken Oland
6501 Coastal Hwy, 3rd Floor
Ocean City, MD 21842
(443) 803-8005

April 28, 2014

Metropolitan Police Department
300 Indiana Avenue, NW, Room 5059,
Washington, DC 20001

Dear Personnel Representative,

I am writing to recommend Frank Savage for the position of Police Officer at the Metropolitan Police Department.

As a Special Agent with Immigration and Customs Enforcement's Homeland Security Investigations, I am assigned as a liaison to the Worcester County Criminal Enforcement Team (CET). Over the last year, I have had the pleasure of working directly with Frank as a member of the CET. Frank has always been diligent in his efforts and contributes in many ways to the CET. Specifically, Frank has served the CET in various investigative capacities including as an undercover officer, a case agent, an affiant in enforcement operations such as search and arrest warrants and in more general investigative activities such as surveillance etc.

Most recently, I had the pleasure to work with Frank in the presentation of one of his investigations involving narcotics distribution and firearms possession to the United States Attorney's Office (USAO). This involved the presentation of numerous reports and exhibits from the defendant's prior criminal history, lab reports, ATF firearms trace reports and other evidence. The evidence obtained by Frank throughout his investigation was presented in a clear, logical and organized manner simplifying that presentation.

With Frank's ability to make decisions independently as demonstrated in his undercover role, his ability to work well in a team environment as demonstrated at CET, his ability to present facts in a clear, organized and logical manner and his diligence in performing his duties, Frank will make a great Police Officer for the Metropolitan Police Department.

If you have any questions, please feel free to contact me at the above address or telephone number.

Sincerely,

Ken Oland



**SINCE 1742**
ONE WEST MARKET STREET, ROOM 1001
SNOW HILL, MARYLAND 21863-1072
410-632-1111
FAX: 410-632-3070

April 28, 2014

**Background Investigation Unit**
**Washington D.C. Police Department**

**Letter of reference for Franklin Savage III**

To Whom It May Concern,

This letter of support is meant to aid you with the background investigation of Officer Savage. I will start by providing my work history, as I believe it will qualify my views of Officer Savage.

I began in law enforcement in 1979. Hired by a municipal police department in New Jersey, I spent my first two years as a patrolman. In 1982, I was assigned to the detective unit. In 1986, I was promoted to the rank of sergeant. In 1989, I was promoted to the rank of Chief of Police. I spent 15 years as the Chief and retired in 2004 with 25 years of service.

My family and I moved to Maryland in 2004. I worked for a very short time for Pocomoke City Police. The same agency Officer Savage works for presently. After witnessing the treatment of the officers by the administration in Pocomoke City Police, I realized it was not the place for me. I am used to a professional progressive police department, certainly not what I saw in Pocomoke City. I left and accepted a position with the Worcester County Sheriff's Office.

Several years ago, we were hit with a hurricane on the Eastern Shore. I was assigned to Pocomoke City High School. This was one of many evacuation centers in the county. This is where I first met Officer Savage. We spoke about everything involving law enforcement, and I was impressed with his knowledge and professional demeanor. I jokingly told him he would not be with Pocomoke City for long.

I am presently assigned to the Criminal Enforcement Team (C.E.T.), and work on search warrants for the drug unit. I also am part of our background investigation unit. I investigate all new applicants as part of our hiring process. Between my time in New Jersey and now here in Worcester County Maryland, I have interviewed many applicants. You develop a "feel" for how someone will perform as a police officer. Officer Savage impresses me. I am certain he would be a tremendous asset to your agency.

I would be happy to provide any further information you may require. Please contact me at your convenience.

Det. Louis Esposito
Worcester County Sheriff's Office
443-783-0393

April 29, 2014

To: Washington Metro Police Department Recruiter

From: Detective Michael A. Houck Sr.

Ref: Recommendation for Employment


Dear Recruiter,

    I am writing this letter of recommendation for employment for Detective Franklin L. Savage III. I have known Detective Savage for approximately two years. During these two years I had occasions to work side by side with him on numerous undercover operations within the Wicomico County Narcotics Task Force as well as within his duty assignment at the Criminal Enforcement Team. During this time Detective Savage displayed professionalism and his character was second to none. He has a great attitude towards his job as well as his co-workers. I truly believe he would be a great asset to your department.


    Any questions you may have feel free to call me anytime.


Sincerely,

*[signature]*

Michael A. Houck Sr. W-246

Detective First Class

Wicomico County Narcotics Task Force