# EXHIBIT G

Bump,

Wats good G. Dont think a nigga 4got bout you cause I scream free Bump 24/7. Yo anytime you need something tell me and Imma do it that dey I gotchu. But shorty Baby Father dont be here I aint 4get what you asked me to. These streets so phony its crazy I move by myself niggas be sneak dissin but dey neva know who already eating wit me. I told you Im not coming out here playing Im trying get it showing no Love to dez niggaz dey broke and looking 4 a come up. My # Redacted Call me. Love You Bruh I wish I had you out here I need a nigga dat could really send dat message what happened wit Kevate, Like I say its holiday time fur eh kids if you need something Let me kno. Trust No MAN! I move by dat motto you beat into my head and you was rite when you got dat type money you cant fuck wit a whole bunch of niggaz especially no broke niggas. Money didnt change me it changed the ppl around me then its true more money more problems I didnt believe dat myth. Love You Bruh We got Get Yu Out Here Eating Wit Me Somehow. Keep Ya Head and Watch Ya Back

Vonny,

I'ma keep dis shit shuet yo first let me say happy Belated Birthday wasnt ya shit in September Anyways yo itz Crazy that ya Anit a Man of ya W If a Nigga Cant keep his Word then wat is he Worth? Feel me? But fuck all that I heared thru d grapevine that ya got some picz for me Unless ya W Re'N Bout that to But if ya wasnt just take the pictures ya got for me ~~word~~ wit ya fone and send them to Dis # Redacted then will get them to me

   Bumpy

(PS) FUCKING SLOB A22 NIGGA!!! :)

Remember Dis doe SLOB, No Half steppin if ya g do it go full force Eat Sleep Shit Breath dAt Sh And Ya know wat I'm talkin bout

Sul

What's good bruh it aint too much to say in this letta I aint tight but you bet, dis shit out here aint no joke you dont be out here worrying bout yu niggas who in there when its way more out here gon be on ya plate. Im out here tho doing it, make sure you call me before you come I got it Redacted  & dont give my # to nobody shit REAL bruh. I been waiting on you too a few months I been here since August. Love is love. We out here to stay out there no more Krazy Charges. I told you you slowed my plan down gettin booked now you back. A Cold Heart in these streets to these niggas you get a nigga cold killed so I carry it Cold Hearted out here. You do the same Every Brother Aint ya brother I aint here bout all dis other shit. I got 2 loyal niggas you make the 3rd thats all I need everything down ya way you oversee and take no losses. Only thing out here important is stacking dat paper bruh so be on ya shit. I don took losses 4 digit losses. Im done 2014. Im on ma shit.

Im in pacemaker you know who dis is

2 Fly,

What's good G. Hold ya head in there I don't know how long you in there for but, you been on my mind lately and I ain't heard nobody talking bout you at all. I got a lil somethin goin on as far as Rnds but, just know I ain't 4got bout you. And, what you used say I couldn't do I could du now. And I wish you was here so I could fuck wit you instead of all these niggas. That Brooklawn shit aint me no more. Hit my phone when you get a chance let me kno when you get out. # Redacted   Call me 4 some day. Stay Sucka free. Ma Nigga When You Come Back Just Go Fuck wit niggas dat Ard It Sally 4 You At Diff Town Always Keep It 100

You Fake Ass <u>Shawn</u>

R.i.p To All the Niggas I Thought Was On My Side

Nigga You Think You Slick / But Really You Just a Bitch
And If I Catch you on any street / Ion nigga you will not See the
And If you niggas Thinking Plotting / Anything Who dont Fucking
I'll Have shit Lit up/
#1 fake You Want Play Cat + Mouse You can be the Rat
Silverado
1999 Chevy
Autozone - NO