# EXHIBIT K

This is a copy of a letter that was placed on my winshield of my unmarked police car. Truck out side of city Hall located at 101 Clark Ave. Pocomoke City MD. on 12 march 2015. No name of person who left the letter.

   Chief Kelvin Sewell

chief sewell dale trotter is teling people in pocomoke to go against you and the other police he told me russel blake and hin is working hard to get rid of you he called you a smart nigger chief and he don't like you chief green andsavage he said before he is done all nigger police in pocomoke will be gone from the shore just wanna warn you chief

-12-15 14:22 RCVD