UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 28, 2016

MEMO TO COUNSEL RE:  Franklin Savage, et al. v. Pocomoke City, et al.
Civil No. JFM-16-201

Dear Counsel:

    I have reviewed the memoranda submitted in connection with the United States of America's motion to intervene.

    The motion (document 88) is granted. I am fully satisfied that the United States' intervention will not "unduly delay or prejudice the adjudication of the original parties' rights," and will not "complicate routine scheduling orders, prolong and increase the burdens of discovery and motion practice, thwart settlement and delay trial." *Stuart v. Huff*, 706 F.3d 345, 349-50 (4th Cir. 2013).

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge