IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANKLIN SAVAGE et al.,     *

           Plaintiffs,     *

v.     *    Civil Action No. JFM-16-00201

POCOMOKE CITY, et al.,     *

           Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATE OF MARYLAND'S MOTION FOR RECONSIDERATION AS TO COUNT IX

Defendant State of Maryland, by its attorneys, Brian E. Frosh, Attorney General of Maryland, Ronald M. Levitan and Mira Feldstein, Assistant Attorneys General, moves pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and Local Rule 105 for this Court to Reconsider its March 17, 2017 Order denying the State of Maryland's Motion to Dismiss or for Summary Judgment regarding Count IX.

### INTRODUCTION

On August 19, 2016, this Court granted State's Attorney Beau Oglesby's Motion to Dismiss or in the Alternative, Motion for Summary Judgment as to Plaintiff Franklin Savage's First Amended Complaint. This Court determined that "The claims raised by plaintiff are barred by the doctrine of absolute immunity." (Doc. 72, p. 1 of 2). However, when Plaintiff sought to reach State's Attorney Oglesby's identical actions in his Second Amended Complaint by way of Title VII, the Court denied the State of Maryland's Motion to Dismiss or for Summary Judgment without explanation. This result conflicts with the

1