IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| FRANKLIN SAVAGE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:16-cv-00201-JFM |
| | ) | |
| and | ) | JURY TRIAL DEMANDED |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| POCOMOKE CITY, WORCESTER | ) | |
| COUNTY SHERIFF, REGGIE T. | ) | |
| MASON (in his official capacity), and | ) | |
| STATE OF MARYLAND | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF-INTERVENOR UNITED STATES' OPPOSITION TO STATE OF
MARYLAND'S MOTION FOR A TEMPORARY STAY**

Plaintiff-Intervenor United States opposes the State of Maryland's motion for a

temporary stay of the entire litigation pending the resolution of its motion to stay in the Fourth

Circuit.  ECF No. 215.  The claims brought by the United States, as well as the many claims

brought by the Plaintiffs that are not against the State of Maryland/State's Attorney, should not

face any additional delay.  Plaintiffs originally filed their Second Amended Complaint on

September 29, 2016, and the United States filed its complaint in intervention on December 1,

2016.  ECF Nos. 80, 122.  Motions to dismiss these complaints were decided on March 20, 2017.

ECF No. 154.  It is time for the parties not subject to this Court's August 3, 2017 stay order

(ECF No. 209) to begin discovery in this case without further delay.

The August 3 stay order granted a partial stay of the claims against the State of Maryland/State's Attorney, but permitted the deposition of Worcester County State's Attorney Beau Oglesby.  ECF No. 209.  The State now asserts that this order "calls into question the scope of the stay that has been granted," but the State has not appeared to seek any clarification from this Court with respect to its order.  ECF No. 215 at 1.  Rather, the State baldly asserts that the granted stay does not "afford appropriate protections for the State's Attorney" and seeks relief from the Fourth Circuit.  *Id.*  To resolve this concern, the State's motion before the Fourth Circuit seeks to stay *all* proceedings before the district court pending the outcome of the appeal, or in the alternative, a stay of all proceedings "relating to the conduct of the State's Attorney . . . including discovery and regardless of the party from whom the discovery is sought."  ECF No. 215 at 2.

Either stay sought by the State in the Fourth Circuit is overly broad.  This Court has already considered whether to stay discovery on the balance of claims not naming the State/State's Attorney as a defendant on the basis of the State's Attorney's involvement as a factual witness to those claims.  ECF No. 208.  The Court has rejected this request.  *Id.*  The State has not cited any controlling caselaw finding that the State's Attorney cannot be subject to discovery as a third-party witness to claims in which he is not a defendant nor does it have any authority for the proposition that the State's claim of absolute immunity prohibits other parties from providing relevant discovery in their possession regarding the conduct of the State's Attorney.

For these reasons, the United States respectfully requests that this Court deny the State's motion for a temporary stay and permit all non-stayed proceedings to move forward with discovery.

Respectfully submitted,

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

DELORA L. KENNEBREW (GA Bar No. 414320)
Chief
Employment Litigation Section
Civil Rights Division

KAREN D. WOODARD (MD Bar)
Principal Deputy Chief
Employment Litigation Section
Civil Rights Division

*/s/ Barbara Schwabauer*
*/s/ Valerie L. Meyer*
BARBARA SCHWABAUER (OH Bar No. 0086999)
VALERIE L. MEYER (AZ Bar No. 023737)
Senior Trial Attorneys
Civil Rights Division
Employment Litigation Section, PHB 4918
950 Pennsylvania Avenue, NW
Washington, DC  20530
Telephone:  (202) 305-3034
Fax:  (202) 514-1005
Barbara.Schwabauer@usdoj.gov
Valerie.Meyer@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on August 30, 2017, I electronically filed the foregoing document –

including any attachment(s) to it, exhibit(s) to it, and/or accompanying proposed order(s) – with

the Clerk of the Court using the CM/ECF system, which will then send a notification of

electronic filing to counsel for Plaintiffs and Counsel for all Defendants.


*/s/ Barbara Schwabauer*
BARBARA SCHWABAUER
Senior Trial Attorney
United States Department of Justice
Civil Rights Division
Employment Litigation Section