FILED: August 30, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1636 (L)
(1:16-cv-00201-JFM)

_____

FRANKLIN SAVAGE

        Plaintiff - Appellee

and

KELVIN SEWELL; LYNELL GREEN

        Plaintiffs

and

UNITED STATES OF AMERICA

        Intervenor/Plaintiff

v.

STATE OF MARYLAND

        Defendant - Appellant

and

POCOMOKE CITY; POCOMOKE CITY POLICE DEPARTMENT; WORCESTER COUNTY SHERIFF'S OFFICE; DEPARTMENT OF MARYLAND STATE POLICE; RUSSELL BLAKE, in his individual capacity only; ERNIE CROFOOT, individually, and in his official capacity as Pocomoke City Manager; BRUCE MORRISON, individually, and in his official capacity as Pocomoke City Mayor; BEAU OGLESBY, in his individual capacity as the

Worcester County State's Attorney; NATHANIEL PASSWATERS, in his individual capacity only; BROOKS PHILLIPS, individually, and in his official capacity as a Department of Maryland State Police Corporal; DALE SMACK, in his individual capacity only; DALE TROTTER; RODNEY WELLS, in his individual capacity only; PATRICIA DONALDSON, individually, and in her official capacity as a Department of Maryland State Police Sergeant; COUNTY COMMISSIONERS OF WORCESTER COUNTY; REGGIE T. MASON, in his official capacity as Worcester County Sheriff

    Defendants

---

## O R D E R

---

  Upon review of submissions relative to the motion for stay pending appeal, the court grants the motion.

  Entered at the direction of Judge Wilkinson with the concurrence of Judge Shedd and Judge Keenan.

          For the Court

          /s/ Patricia S. Connor, Clerk