FILED: November 14, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1636 (L)
(1:16-cv-00201-JFM)

_____

FRANKLIN SAVAGE

        Plaintiff - Appellee

and

KELVIN SEWELL; LYNELL GREEN

        Plaintiffs

and

UNITED STATES OF AMERICA

        Intervenor/Plaintiff

v.

STATE OF MARYLAND

        Defendant - Appellant

and

POCOMOKE CITY; POCOMOKE CITY POLICE DEPARTMENT; WORCESTER COUNTY SHERIFF'S OFFICE; DEPARTMENT OF MARYLAND STATE POLICE; RUSSELL BLAKE, in his individual capacity only; ERNIE CROFOOT, individually, and in his official capacity as Pocomoke City Manager; BRUCE MORRISON, individually, and in his official capacity as Pocomoke City Mayor; BEAU OGLESBY, in his individual capacity as the

Worcester County State's Attorney; NATHANIEL PASSWATERS, in his individual capacity only; BROOKS PHILLIPS, individually, and in his official capacity as a Department of Maryland State Police Corporal; DALE SMACK, in his individual capacity only; DALE TROTTER; RODNEY WELLS, in his individual capacity only; PATRICIA DONALDSON, individually, and in her official capacity as a Department of Maryland State Police Sergeant; COUNTY COMMISSIONERS OF WORCESTER COUNTY; REGGIE T. MASON, in his official capacity as Worcester County Sheriff

       Defendants

-------------------------------------

HOWARD UNIVERISTY SCHOOL OF LAW CIVIL RIGHTS CLINIC; PUBLIC JUSTICE CENTER

       Amici Supporting Appellee

_____

O R D E R

_____

The court grants the motion to withdraw Karen L. Federman Henry from further representation on appeal.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk