FILED: August 6, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1636 (L)
(1:16-cv-00201-JFM)

_____

FRANKLIN SAVAGE

        Plaintiff - Appellee

and

KELVIN SEWELL; LYNELL GREEN

        Plaintiffs

and

UNITED STATES OF AMERICA

        Intervenor/Plaintiff

v.

STATE OF MARYLAND

        Defendant - Appellant

and

POCOMOKE CITY; POCOMOKE CITY POLICE DEPARTMENT;
WORCESTER COUNTY SHERIFF'S OFFICE; DEPARTMENT OF

MARYLAND STATE POLICE; RUSSELL BLAKE, in his individual capacity only; ERNIE CROFOOT, individually, and in his official capacity as Pocomoke City Manager; BRUCE MORRISON, individually, and in his official capacity as Pocomoke City Mayor; BEAU OGLESBY, in his individual capacity as the Worcester County State's Attorney; NATHANIEL PASSWATERS, in his individual capacity only; BROOKS PHILLIPS, individually, and in his official capacity as a Department of Maryland State Police Corporal; DALE SMACK, in his individual capacity only; DALE TROTTER; RODNEY WELLS, in his individual capacity only; PATRICIA DONALDSON, individually, and in her official capacity as a Department of Maryland State Police Sergeant; COUNTY COMMISSIONERS OF WORCESTER COUNTY; REGGIE T. MASON, in his official capacity as Worcester County Sheriff

   Defendants

------------------------------------

HOWARD UNIVERSITY SCHOOL OF LAW CIVIL RIGHTS CLINIC; PUBLIC JUSTICE CENTER

   Amici Supporting Appellee

_____

No. 17-1779
(1:16-cv-00201-JFM)
_____

FRANKLIN SAVAGE

   Plaintiff - Appellant

 and

KELVIN SEWELL; LYNELL GREEN

   Plaintiffs
 and

UNITED STATES OF AMERICA

        Intervenor/Plaintiff

v.

BEAU OGLESBY, in his individual capacity as the Worcester County State's Attorney

        Defendant - Appellee

and

POCOMOKE CITY; POCOMOKE CITY POLICE DEPARTMENT; WORCESTER COUNTY SHERIFF'S OFFICE; DEPARTMENT OF MARYLAND STATE POLICE; RUSSELL BLAKE, in his individual capacity only; ERNIE CROFOOT, individually, and in his official capacity as Pocomoke City Manager; BRUCE MORRISON, individually, and in his official capacity as Pocomoke City Mayor; NATHANIEL PASSWATERS, in his individual capacity only; BROOKS PHILLIPS, individually, and in his official capacity as a Department of Maryland State Police Corporal; DALE SMACK, in his individual capacity only; DALE TROTTER; RODNEY WELLS, in his individual capacity only; PATRICIA DONALDSON, individually, and in her official capacity as a Department of Maryland State Police Sergeant; COUNTY COMMISSIONERS OF WORCESTER COUNTY; REGGIE T. MASON, in his official capacity as Worcester County Sheriff; STATE OF MARYLAND

        Defendants

-------------------------------

HOWARD UNIVERSITY SCHOOL OF LAW CIVIL RIGHTS CLINIC; PUBLIC JUSTICE CENTER

        Amici Supporting Appellant

_____

No. 17-1989
(1:16-cv-00201-JFM)

_____

FRANKLIN SAVAGE

    Plaintiff - Appellee

and

KELVIN SEWELL; LYNELL GREEN

    Plaintiffs

and

UNITED STATES OF AMERICA

    Intervenor/Plaintiff

v.

STATE OF MARYLAND

    Defendant - Appellant

and

POCOMOKE CITY; POCOMOKE CITY POLICE DEPARTMENT; WORCESTER COUNTY SHERIFF'S OFFICE; DEPARTMENT OF MARYLAND STATE POLICE; RUSSELL BLAKE, in his individual capacity only; ERNIE CROFOOT, individually, and in his official capacity as Pocomoke City Manager; BRUCE MORRISON, individually, and in his official capacity as Pocomoke City Mayor; BEAU OGLESBY, in his individual capacity as the Worcester County State's Attorney; NATHANIEL PASSWATERS, in his individual capacity only; BROOKS PHILLIPS, individually, and in his official

capacity as a Department of Maryland State Police Corporal; DALE SMACK, in his individual capacity only; DALE TROTTER; RODNEY WELLS, in his individual capacity only; PATRICIA DONALDSON, individually, and in her official capacity as a Department of Maryland State Police Sergeant; COUNTY COMMISSIONERS OF WORCESTER COUNTY; REGGIE T. MASON, in his official capacity as Worcester County Sheriff

       Defendants

------------------------------

HOWARD UNIVERSITY SCHOOL OF LAW CIVIL RIGHTS CLINIC; PUBLIC JUSTICE CENTER

       Amici Supporting Appellee

_____

## M A N D A T E
_____

The judgment of this court, entered July 13, 2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                               */s/Patricia S. Connor, Clerk*