IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANKLIN SAVAGE, et al. | * | |
| Plaintiffs | * | Case No. 1:16-cv-00201-JFM |
| v. | * | |
| POCOMOKE CITY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF CASE IN BANKRUPTCY COURT**

ERNEST A. CROFOOT, one of the Defendants, by KARPINSKI, COLARESI & KARP, P.A., DANIEL KARP and MICHAEL B. RYND, his attorneys, hereby notifies the Court and the parties of the filing of a case in the United States Bankruptcy Court for the District of Maryland for the following debtor(s):

Ernest Albert Crofoot, and his spouse, Linda Kay Crofoot.

The bankruptcy Case No. is 18-19844 TJC. It is a case under Chapter 7 and was filed on July 25, 2018. The case is now pending.

Mr. and Mrs. Crofoot's counsel for the afore-mentioned bankruptcy case is:

Andrea Ross, Esquire
The Law Office of Andrea Ross
118 West Water Street
Centreville, Maryland 21617
Telephone: 800-758-9265
Andie@AndieRoissLaw.com

Defendant Crofoot respectfully suggests the bankruptcy case stays the above-

captioned matter by operation of 42 U.S.C. § 362(a) as to all claims against him as well as any claims which are allegedly derived from his conduct.

        Respectfully submitted,

        KARPINSKI, COLARESI & KARP, P.A.

By:       /s/
      DANIEL KARP, #00877

BY:       /s/
      MICHAEL RYND, #28765
      Suite 1850
      120 East Baltimore Street
      Baltimore, Maryland 21202
      410-727-5000
      Brunokarp@bkcklaw.com
      mrynd@bkcklaw.com
      *Attorneys for Defendants Pocomoke City, Russell Blake, Ernest A. Crofoot, Bruce Morrison and County Comm'rs of Worcester County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2018, a copy of the foregoing Notice of Filing of a Case in Bankruptcy Court was electronically filed, with notice to:

All counsel of record.

        /s/ Daniel Karp
        *Counsel for Defendants Pocomoke City, Russell Blake, Ernest A. Crofoot, Bruce Morrison and County Commissioners of Worcester County*