IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANKLIN SAVAGE *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:16-cv-00201-ELH |
| POCOMOKE CITY, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

The Parties, Plaintiffs Franklin Savage, Kelvin Sewell, and Lynell Green, and Defendants, Pocomoke City, County Commissioners of Worcester County, Reggie T. Mason, State of Maryland, Russell Blake, Ernie Crofoot, Bruce Morrison, Nathaniel Passwaters, Dale Smack, Rodney Wells, Brooks Phillips and Patricia Donaldson, by and through their respective undersigned counsel, hereby submit this Joint Status Report in accordance with the Court's July 30, 2018 order (Doc. 232) and state:

1.  **Dismissal of Retaliation Claim Against the State of Maryland**: The claim can be dismissed outright, no further motions are appropriate.

2.  **Remaining Claims:** Counts I-VIII and X-XIII in Plaintiffs' Second Amended Complaint (Doc. 80) remain. Counts I-III of Plaintiff-Intervenor's Complaint (Doc. 122) remain. These remaining claims are outlined in the following charts:

| PLAINTIFFS' REMAINING CLAIMS | | |
|---|---|---|
| **Count No.** | **Count** | **Parties** |

| I | Race Discrimination and Retaliation in Violation of the Fourteenth Amendment and 42 U.S.C. § 1983 (Hostile Work Environment) | Savage v. Pocomoke City, Worcester County, Passwaters, Phillips, Wells, and Donaldson |
|---|---|---|
| II | Race Discrimination and Retaliation in Violation of Title VII (Hostile Work Environment) | Savage v. Pocomoke City, Worcester County, Sheriff Mason, & the State of Maryland |
| III | Race Discrimination and Retaliation in Violation of the Fourteenth Amendment and 42 U.S.C. § 1983 (Termination) | Savage v. Pocomoke City and Blake<br><br>Sewell v. Pocomoke City and Morrison |
| IV | Race Discrimination and Retaliation in Violation of Title VII (Termination) | Savage v. Pocomoke City<br><br>Sewell v. Pocomoke City |
| V | Race Discrimination and Retaliation in Violation of Title VII (Disparate Treatment) | Savage v. Pocomoke City, Worcester County, Sheriff Mason, and the State of Maryland |
| VII | Race Discrimination and Retaliation in Violation of the Fourteenth Amendment and 42 U.S.C. § 1983 (Disparate Treatment: Benefits and Pay) | All Plaintiffs v. Pocomoke City and Blake |
| VII | Race Discrimination and Retaliation in Violation of Title VII (Disparate Treatment: Benefits and Pay) | All Plaintiffs v. Pocomoke City |
| VIII | Race Discrimination and Retaliation in Violation of the First Amendment and 42 U.S.C. §1983 (Free Speech and Right to Petition) | Savage v. Blake, Passwaters, and Smack |
| X | Race Discrimination and Retaliation in Violation of the First Amendment and 42 U.S.C. §1983 (Free Speech) | Sewell v. Pocomoke City, Blake, Morrison |
| XI | Civil Conspiracy in Violation of 42 U.S.C. §1985 | Savage v. Blake, Crofoot, Passwaters, and Smack |
| XII | Race Discrimination and Retaliation in Violation of 42 U.S.C. §§ 1981 and 1983 (Hostile Work Environment) | Savage v. Pocomoke City, County Commissioners of Worcester County, Blake, Crofoot, Morrison, Passwaters, Phillips, Smack, Wells, and Donaldson |

| XIII | Violation of the Fair Labor Standards Act | Savage and Green v. Pocomoke City, Blake, and Morrison |

| **PLAINTIFF-INTERVENOR'S REMAINING CLAIMS** | | |
|---|---|---|
| Count No. | Count | Parties |
| I | Title VII, 42 U.S.C. § 2000e-2(a) (Hostile Work Environment re: Savage) | U.S. v. Worcester County Sheriff Reggie T. Mason, in his official capacity, and the State of Maryland |
| II | Title VII, 42 U.S.C. § 2000e-3(a) (Retaliation re: Savage) | U.S. v. Worcester County Sheriff Reggie T. Mason, in his official capacity, and the State of Maryland |
| III | Title VII, 42 U.S.C. § 2000e-3(a) (Retaliation re: Savage, Sewell and Green) | U.S. v. Pocomoke City |

3. **Discovery Status:** Prior to the commencement of discovery, the case in its entirety was stayed pending the outcome of the appeal. Full discovery is now necessary.

4. **Scheduling Order:** A new scheduling order should be entered. The Parties respectfully request that the Court allow the Parties to confer and submit a proposed schedule to the Court for consideration on or before September 17, 2018.

5. **Referral for Settlement Conference:** The Parties do not believe enough has changed since the last settlement conference to make another conference helpful at this time.

6. **Any Other Matters**: Defendant Ernest Crofoot has filed a suggestion of bankruptcy (ECF 234). Mr. Crofoot submits that the suggestion of bankruptcy will have an impact on claims involving Mr. Crofoot and his alleged conduct under the automatic

stay provision of 42 U.S.C. § 362(a).  The Plaintiffs are still studying Mr. Crofoot's position on the issue.  The other parties take no position on the issue.

The Parties are not aware of any other matters that should be brought to the Court's attention at this time.

7. All counsel have reviewed and approved this Report.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

_____/s/_____
RONALD M. LEVITAN
(Bar No. 02551)
MIRA A. FELDSTEIN
(Bar No. 29337)
Assistant Attorneys General
1201 Reisterstown Road
Pikesville, Maryland 21208
(410) 653-4224/4452 (telephone)
(410) 653-4270 (facsimile)
Ronald.Levitan@maryland.gov
Mira.Feldstein@maryland.gov
*Attorneys for Defendant State of Maryland (Count IX only)*

_____/s/_____
PHILLIP M. PICKUS
(Bar No. 22814)
GENEVIEVE G. MARSHALL
(Bar No. 27591)
RONALD M. LEVITAN
(Bar No. 02551)
Assistant Attorneys General
1201 Reisterstown Road
Pikesville, Maryland 21208
(410) 653-4293/4437/4224 (telephone)
(410) 653-4270 (facsimile)
Phillip.Pickus@maryland.gov
Genevieve.Marshall@maryland.gov
Ronald.Levitan@maryland.gov

*Attorneys for Defendants Donaldson and Phillips*

_____/s/_____
CARL N. ZACARIAS
(Bar No. 28126)
Assistant Attorney General
80 Calvert Street, 4th Floor
Annapolis, MD 21401
(410) 260-6139 (telephone)
czacarias@treasurer.state.md.us
*Attorneys for Defendants State of Maryland, Sheriff Mason, Chief Deputy Smack, Sgt. Passwaters & Cpl. Wells*

KARPINSKI, COLARESI & KARP, P.A.

BY: _____/s/_____
DANIEL KARP, #00877
MICHAEL RYND, #28765
Suite 1850
120 East Baltimore Street
Baltimore, Maryland 21202
410-727-5000
Brunokarp@bkcklaw.com
mrynd@bkcklaw.com
*Attorneys for Defendants Pocomoke City,*
*Russell Blake, Ernest A. Crofoot, Bruce Morrison,*
*and County Commissioners of Worcester County*

_____/s/_____
JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

DELORA L. KENNEBREW (GA Bar No. 414320)
Chief
Employment Litigation Section
Civil Rights Division

KAREN D. WOODARD (MD Bar)
Principal Deputy Chief
Employment Litigation Section
Civil Rights Division

/s/ Valerie L. Meyer

BARBARA SCHWABAUER (OH Bar No. 0086999)
VALERIE L. MEYER (AZ Bar No. 023737)
Senior Trial Attorneys
Civil Rights Division
Employment Litigation Section, PHB 4918
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 305-3034 Fax: (202) 514-1005
Barbara.Schwabauer@usdoj.gov
Valerie.Meyer@usdoj.gov
*Attorneys for Plaintiff-Intervenor United States*

         /s/
DEBORAH A. JEON (D. Md. Bar No. 06905)
SONIA KUMAR (D. Md. Bar No. 07196)
ACLU of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
TEL: 410.889.8555
FAX: 410.366.7838
EMAIL: jeon@aclu-md.org
*Attorneys for Plaintiffs*

         /s/
CRAIG SMITH (D. Md. Bar No. 17938)
THEODORE A. HOWARD (pro hac vice)
BRIAN G. WALSH (pro hac vice)
KENDRA P. NORWOOD (D. Md. Bar No. 18536)
MOSHE B. BRODER (D. Md. Bar No. 19818)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
TEL: 202.719.7000
FAX: 202.719.7049
EMAIL: csmith@wileyrein.com
*Attorneys for Plaintiffs*

         /s/
DENNIS A. CORKERY (D. Md. Bar No. 19076)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW
Suite 400
Washington, DC 20036

TEL: 202.319.1000
FAX: 202.319.1010
EMAIL: dennis_corkery@washlaw.org
*Attorneys for Plaintiffs*