IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| FRANKLIN SAVAGE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:16-cv-00201-ELH |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| POCOMOKE CITY, WORCESTER | ) | |
| COUNTY SHERIFF, MATTHEW | ) | |
| CRISAFULLI (in his official capacity), | ) | |
| STATE OF MARYLAND, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR A STAY OF ALL PENDING DEADLINES

The Parties jointly request that the Court stay all pending deadlines until July 15, 2019 to

permit the parties to negotiate proposed consent decrees to memorialize their recent settlement in

principle.  On Thursday, May 2, 2019, the Parties attended a mediation conference with

Magistrate Judge Coulson, where they arrived at an agreement in principle on major settlement

provisions, including the amount of monetary relief to be paid to the Plaintiffs and the general

outline of acceptable injunctive relief.  The Parties are currently working to negotiate language

and memorialize the agreement in proposed consent decrees for the Court's review and approval,

but need additional time to do so.  This need for additional time stems largely from the

complexity of resolving a matter with the number of parties and claims at issue here, which

requires multiple proposed consent decrees.  As a result, the Parties respectfully ask that the

Court stay all pending deadlines until July 15, 2019, to allow the Parties to finalize and submit

proposed consent decrees resolving this matter.

Date: May 14, 2019

Respectfully submitted,

*For Plaintiff-Intervenor United States:*

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

DELORA L. KENNEBREW (GA Bar No. 414320)
Chief
Employment Litigation Section
Civil Rights Division

KAREN WOODARD (MD Bar)
Principal Deputy Chief
Employment Litigation Section
Civil Rights Division

*/s/ Barbara Schwabauer*
BARBARA SCHWABAUER (OH Bar No. 0086999)
VALERIE L. MEYER (AZ Bar No. 023737)
HILLARY K. VALDERRAMA (TX Bar No. 24075201)
Senior Trial Attorneys
EMILY GIVEN (NY Reg. No. 5420211)
Trial Attorney
Civil Rights Division
Employment Litigation Section, PHB 4918
950 Pennsylvania Avenue, NW
Washington, DC  20530
Telephone:  (202) 305-3034
Fax:  (202) 514-1005
Barbara.Schwabauer@usdoj.gov
Valerie.Meyer@usdoj.gov
Hillary.Valderrama@usdoj.gov
Emily.Given@usdoj.gov

*For Plaintiffs Franklin Savage, Kelvin Sewell, and Lynell Green:*

/s/ Dennis A. Corkery
Dennis A. Corkery (D. Md. Bar No. 19076)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW
Suite 400
Washington, DC 20036
TEL: 202.319.1000
FAX: 202.319.1010
EMAIL: dennis_corkery@washlaw.org

/s/ Craig Smith
Craig Smith (D. Md. Bar No. 17938)
Theodore A. Howard (*pro hac vice*)
Charles C. Lemley (*pro hac vice*)
Brian G. Walsh (*pro hac vice*)
Kendra P. Norwood (D. Md. Bar No. 18536)
Madeline J. Cohen (*pro hac vice*)
Moshe B. Broder (D. Md. Bar No. 19818)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
TEL: 202.719.7000
FAX: 202.719.7049
EMAIL: csmith@wileyrein.com

/s/ Deborah A. Jeon
Deborah A. Jeon (D. Md. Bar No. 06905)
Sonia Kumar (D. Md. Bar No. 07196)
ACLU of Maryland
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211
TEL: 410.889.8555
FAX: 410.366.7838
EMAIL: jeon@aclu-md.org

*For Defendants Pocomoke City, Russell Blake, Ernie Crofoot, Bruce Morrison, and County Commissioners of Worcester County:*

/s/ *Michael Rynd*
Daniel Karp
Michael Rynd
Karpinski, Colaresi & Karp
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21201
410-727-5000
Brunokarp@bkcklaw.com
mrynd@bkcklaw.com

*For Defendants State of Maryland, Worcester County Sheriff Matthew Crisafulli, Nathaniel Passwaters, Dale Smack, Rodney Wells*

/s/*Carl N. Zacarias*
Carl N. Zacarias
Assistant Attorney General
Office of the Attorney General
Maryland State Treasurer's Office
80 Calvert Street 4th Floor
Annapolis, Maryland 21401
(410) 260-6139 (telephone)
czacarias@treasurer.state.md.us

*For Defendants Brooks Phillips and Patricia Donaldson*

/s/*Phillip Pickus*
Phillip Pickus
Assistant Attorney General
Department of State Police
Office of the Attorney General
1201 Reisterstown Road
Pikesville, Maryland 21208
(410) 653-4293 (telephone)
(410) 653-4270 (facsimile)
Phillip.Pickus@maryland.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on May 14, 2019, I electronically filed the foregoing document – including any attachment(s) to it, exhibit(s) to it, and/or accompanying proposed order(s) – with the Clerk of the Court using the CM/ECF system, which will then send a notification of electronic filing to counsel of record in this case.

/s/ *Hillary K. Valderrama*
Hillary K. Valderrama
Senior Trial Attorney
United States Department of Justice
Civil Rights Division
Employment Litigation Section