IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| FRANKLIN SAVAGE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:16-cv-00201-ELH |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| POCOMOKE CITY, WORCESTER | ) |
| COUNTY SHERIFF, MATTHEW | ) |
| CRISAFULLI (in his official capacity), | ) |
| STATE OF MARYLAND, et al. | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION TO CONTINUE THE STAY OF ALL PENDING DEADLINES**

The United States requests that the Court continue the stay of pending deadlines until November 15, 2019, to permit the parties to continue to negotiate proposed consent decrees to memorialize their recent settlement in principle.  On Thursday, May 2, 2019, the Parties attended a mediation conference with Magistrate Judge Coulson, where they arrived at an agreement in principle on major settlement provisions, including the amount of monetary relief to be paid to the Plaintiffs and the general outline of acceptable injunctive relief.  On May 14, 2019, this Court approved a stay of pending deadlines to permit the Parties to negotiate the specific terms of the various settlements (ECF No. 295), which this Court later extended through October 15, 2019 (ECF Nos. 297, 299). The Parties continue to work cooperatively to finalize the settlement,

including negotiating releases and letters of recommendation or reference, and will memorialize the settlement in proposed consent decrees for the Court's review and approval, but still need additional time to do so.  This need for additional time stems largely from the complexity of resolving a matter with the number of parties and claims at issue here.

The United States conferred with the other parties regarding its intent to file this Motion, and all parties consent to the relief requested herein.  Therefore, the United States respectfully asks that the Court stay all pending deadlines until November 15, 2019, to allow the Parties to finalize and submit proposed consent decrees resolving this matter.

Date: October 10, 2019

                                                Respectfully submitted,

                                                ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

DELORA L. KENNEBREW (GA Bar No. 414320)
Chief
Employment Litigation Section
Civil Rights Division

KAREN WOODARD (MD Bar No. 9312160300)
Principal Deputy Chief
Employment Litigation Section
Civil Rights Division

*/s/ Hillary K. Valderrama*
HILLARY K. VALDERRAMA (TX Bar No. 24075201)
EMILY GIVEN (NY Reg. No. 5420211)
Senior Trial Attorneys
Civil Rights Division
Employment Litigation Section
4 Constitution Square
150 M Street, NE / 6.1813
Washington, DC  20530

Telephone: (202) 616-5546
Fax: (202) 514-1005
Hillary.Valderrama@usdoj.gov
Emily.Given@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that, on October 10, 2019, I electronically filed the foregoing document – including any attachment(s) to it, exhibit(s) to it, and/or accompanying proposed order(s) – with the Clerk of the Court using the CM/ECF system, which will then send a notification of electronic filing to counsel of record in this case.

/s/ *Hillary K. Valderrama*
Hillary K. Valderrama
Senior Trial Attorney
United States Department of Justice
Civil Rights Division
Employment Litigation Section