Case 1:16-cv-00201-ELH   Document 308-1   Filed 12/12/19   Page 1 of 1

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 DEC 12  AM 11: 17

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| FRANKLIN SAVAGE, et al., | ) |
| Plaintiffs, | ) |
| and | ) Case No. 1:16-cv-00201 |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| POCOMOKE CITY, WORCESTER COUNTY SHERIFF, MATTHEW CRISAFULLI (in his official capacity), STATE OF MARYLAND, et al., | ) |
| Defendants. | ) |

[Proposed] ORDER   ELH

The United States' Consent Motion for Stay of Pending Deadlines Pertaining to the State Defendants is GRANTED. The Parties shall file either proposed consent decrees resolving this matter or a document updating the Court as to their progress towards a resolution by January 15, 2020.

**So ORDERED:**

DATED: 12/12/19

_____
Ellen L. Hollander
U.S. District Court Judge